440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Antwain Bailey,

    Plaintiff

V.

City of Chicago, Illinois, Chicago Police Officers D. W. Pearson, Star No. 16462, K. K. Krizka, Star No. 15972, R. Brown, Star No. 12748, County of Cook, Unknown Cook County Sheriffs, and Unknown Medical Personnel at Cook County Hospital, ("Stroger")

CASE NUMBER: 08 CV 4441

ASSIGNED JUDGE: Marovich

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Chicago Police Officer K. K. Krizka, Star No. 15972
Police Headquarters
3510 S. Michigan, 5th Floor
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey B. Granich
53 W. Jackson, Ste. 840
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

AUG 0 7 2008
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 8-13-08 |
| NAME OF SERVER (PRINT) Aaron Willoughby | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: D Paluck Authorize To Accept Service for Officer K.K. Krizka

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-13-08    *Aaron Willoughby*
             Date        Signature of Server

3152 South Prairie Ave
Chicago IL 60616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.