UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTWAIN BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4441 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | |
| D.W. PEARSON, Star no. 16462, | ) | |
| K.K. KRIZKA, Star No. 15972, and | ) | |
| R. BROWN, Star No. 12748, | ) | |
| COUNTY OF COOK, UNKNOWN | ) | |
| COOK COUNTY SHERIFFS, and | ) | |
| UNKNOWN MEIDCAL PERSONNEL | ) | |
| OF COOK COUNTY HOSPITAL, (Stroger), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Jeffrey B. Granich                Josh M. Friedman
Law Offices of Jeffrey B. Granich   Law Offices of Josh Friedman
53 West Jackson Blvd.                53 West Jackson Blvd.
Suite 840                            Suite 840
Chicago, IL 60604                    Chicago, IL 60604

PLEASE TAKE NOTICE that on **September 16, 2008** at **10:30** a.m., I shall appear before the **Honorable George Marovich** in the courtroom usually occupied by **him** in Room **1944-C** of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s *Kevin Frey*
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-6189

**CERTIFICATE OF SERVICE**

    I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 3, 2008**.

                                                           /s *Kevin Frey*