**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTWAIN BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4441 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| CITY OF CHICAGO, ILLINOIS, et. al., | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

**1.    SUMMARY OF PLAINTIFF'S CLAIMS**

The Plaintiff has filed a multi-count complaint against numerous Cook County Sheriff Defendants and medical personnel from Cermak Health Services and John Stroger Hospital. The Plaintiff alleges that he suffered a open wound, right tibial fracture in August 2006. The Plaintiff asserts that upon arrival to the Cook County Jail, his right leg was put in a cast. The Plaintiff claims that while at the Cook County Jail his leg lost feeling, his wound started to discharge fluid, began to smell and his cast became soaked with fluid. The Plaintiff alleges that he informed multiple Cook County Sheriffs and Cermak Medical Personnel about his condition and they ignored his requests for medical treatment and/or gave him inadequate treatment. The Plaintiff asserts that as a result of the alleged deliberate indifference, his right leg was amputated. The Plaintiff has also filed a state law claim of Intentional Infliction of Emotional Distress base upon the allegations listed above.

**2.     STATEMENT OF RELIEF SOUGHT**

The Plaintiff is seeking compensatory and punitive damages from the Defendants resulting from the loss of his leg but is unable to itemize his damages at this time.

**3.     BRIEF DESCRIPTION OF THE MATTER REFERRED**

See attached order, CM/ECF Document Number 131.

**4.     STATUS OF ANY BRIEFING ON THE MATTERS REFERRED**

There are no such matters.

**5.     DESCRIPTION OF DISCOVERY**

The Plaintiff's deposition was commenced and continued. Written discovery has been issued by the parties. Depositions of the Defendants and other key witnesses will be taken with dates yet to be determined.

**6.     DISCOVERY CUT OFF DATE**

Discovery is ordered closed by May 4, 2010.

**7.     STATUS OF SETTLEMENT NEGOTIATIONS**

The Plaintiffs have made a demand and the Defendants have made an offer of judgment. The parties will continue to engage in settlement negotiations with the hope that this case will be resolved short of trial.

Dated: November 24, 2009

Respectfully Submitted,

| | |
|---|---|
| By:/s/ Josh Michael Friedman | By: /s/ Kevin Frey |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendants |
| Josh Michael Friedman | Kevin Frey |
| Law Offices of Josh Friedman | Assistant State's Attorney |
| 53 West Jackson, Suite 840 | Cook County State's Attorney's Office |
| Chicago, IL 60604 | 500 Richard J. Daley Center |
| (312) 886-0277 | Chicago, IL 60602 |
| | (312) 603-6189 |