UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ANTWAIN BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 4441 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, et. al, | ) | |
| | ) | JUDGE MAROVICH |
| Defendants | ) | |
| | ) | |
| | ) | MAGISTRATE JUDGE MASON |
| | ) | |

**PLAINTIFF'S MOTION TO ALTER AMEND JUDGMENT OF DECEMBER 14, 2009**

Plaintiff, Antwain Bailey, by his undersigned attorney, Josh Friedman, pursuant to Fed. R. Civ. Pro. 59(e), for his Motion to Alter or Amend this Court's Judgment of December 14, 2009, states as follows:

1. Pursuant to a settlement reached by Plaintiff and the City of Chicago Defendants, Plaintiff and the City of Chicago Defendants executed and filed a stipulation to Dismiss this case only as to the City of Chicago Defendants—Defendants City of Chicago, D.W. Pearson, K.K. Krizka, and R. Brown (the "City of Chicago Defendants").

2. The stipulation (Docket No. 136) is only signed by counsel for Plaintiff and the City of Chicago Defendants; counsel for the Cook County Defendants did not sign the stipulation.

3. There has been no settlement with the Cook County Defendants in this case and Plaintiff is proceeding against them.

WHERFORE, for the foregoing reasons, Plaintiff therefore respectfully requests that this Court modify its judgment of December 14, 2009 to reflect that the case is dismissed with prejudice only as to the City of Chicago Defendants; to reinstate this action; and to reinstate all scheduled dates.

DATED: December 14, 2009

                                                  RESPECTFULLY SUBMITTED

                                                  ANTWAIN BAILEY,

                                                  By:/s/Josh Friedman_____
                                                  One of his Attorneys

JEFFREY B. GRANICH
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030

JOSH M. FRIEDMAN
Law Offices of Josh Friedman
53 W. Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 886-0277
A.R.D.C. No. 6220313

KATIE Z. EHRMIN
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6292120

## **CERTIFICATE OF SERVICE**

      I, Josh Friedman, attorney for Plaintiff, hereby certify that I served a copy of the foregoing Motion to Alter or Amend by this Court's ECF system on the individuals listed below on this 14th Day of December, 2009:

**Alec Meacham McAusland**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1400
Chicago, IL 60602
Email: amcausland@cityofchicago.org

**Megan Kelly McGrath**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1400
Chicago, IL 60602
Email: megan.mcgrath@cityofchicago.org

**Kevin William Frey**
Cook County States Attorney's Office Daley Ctr.
500 Richard J. Daley Center
Chicago, IL 60602
Email: kfrey@cookcountygov.com


/s/Josh Friedman_____
Attorney for Plaintiff