# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Antwain Bailey

                             Plaintiff,

v.                                               Case No.: 1:08−cv−04441
                                                 Honorable George M. Marovich

Cook County, Illinois, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 4, 2010:

      MINUTE entry before Honorable Michael T. Mason: Defendant's Motion to Quash Notice of Rule 30(b)(6) Deposition Or, In the Alternative, For a Protective Order Barring Deposition of Defendant Cook County [169] is denied without prejudice for failure to comply with Local Rule 37.2. Under Rule 37.2, any discovery motion must include a statement that the parties have conferred in person or by telephone in an good faith attempt to resolve their differences, or that counsel's attempts to engage in a conference under this Rule were unsuccessful. The parties are directed to meet and confer pursuant to this Rule, and if they cannot resolve the issues raised in defendant's motion, defendant is granted leave to refile its motion to quash. The 10/6/10 notice of motion date is stricken; no appearance is necessary on that date. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.