**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTWAIN BAILEY, | ) ) ) | Case No. 08 C 4441 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | JUDGE MAROVICH |
| CITY OF CHICAGO, ILLINOIS, et. al, | ) ) ) | MAGISTRATE JUDGE MASON |
| Defendants | ) ) ) ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE LATE LOCAL RULE 56.1(b) STATEMENT INSTANTER**

Plaintiff, Antwain Bailey, by his undersigned attorney, Josh M. Friedman, hereby moves this Court for leave to file Late Local Rule 56.1 Statement Instanter. In support of this motion, Plaintiff states as follows:

1. Plaintiff's Response to Defendants' Motion for Summary Judgment was due to be filed on August 4, 2011.

2. Plaintiff filed his memorandum of law in opposition to Defendants' motion on August 4, 2011. However, due to technical problems, Plaintiff was unable to file his Local Rule 56.1 Statement until 12:53 a.m. on August 5, 2011.

3. As Defendants' are not prejudiced by the brief delay in filing Plaintiff's 56.1 Statement, Plaintiff respectfully requests that this Court permit the late filing of his Rule 56.1 Statement and deem it timely filed.

WHERFORE, for the foregoing reasons, Plaintiff therefore respectfully requests that this Court grant him leave to file his late Rule 56.1 Statement and to deem it timely filed.

DATED: August 5, 2011

RESPECTFULLY SUBMITTED,

ANTWAIN BAILEY


By:/s/Josh Friedman_____
One of his Attorneys

JOSH M. FRIEDMAN
Law Offices of Josh Friedman
53 W. Jackson Blvd., Suite 840
Chicago, IL 60604
(312) 886-0277
A.R.D.C. No. 6220313

## CERTIFICATE OF SERVICE

I, Josh Friedman, attorney for Plaintiff, hereby certify that I served a copy of the foregoing Motion for Leave to File Late 56.1 Statement Instanter by this Court's ECF system on all counsel of record on this 5th Day of August, 2011.

/s/Josh Friedman_____